MCGUIRE WOODS LLP
Susan L. Germaise (State Bar No. 176595)
sgermaise@mcguirewoods.com
Laura Coombe (State Bar No. 260663)
lcoombe@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210

Attorneys for Defendant GENERAL
NUTRITION CORPORATION,
a Pennsylvania corporation

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| CHARLES BREWER, individually,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. CV 12-2363-LB<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS**<br><br>**Date: April 3, 2014**<br>**Time: 9:30 a.m.**<br>**Ctrm.: C** |

In accordance with Local Rule 56-2(b), Defendant GENERAL NUTRITION CORPORATION, a Pennsylvania corporation and Charles Brewer submit this joint statement of the material facts (with supporting evidence) in connection with GNC's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment:

1. Plaintiff Charles Brewer ("Mr. Brewer" or "Plaintiff") is a black male who at applied for employment with GNC on January 29, 2010; Supporting Evidence – Mr. Brewer Application for Employment attached as **Exhibit A**; Brewer Deposition Testimony page 18, lines 5-21 attached as **Exhibit B**;

2. Mr. Brewer was hired by GNC on February 22, 2010 as a part times sales associate; Supporting Evidence – Brewer Form I-9 attached as **Exhibit C;**

3. Mr. Brewer was interviewed and hired by manager Carol Owens and worked at a store managed by her located in Mountain View; Supporting Evidence – Brewer Form I-9 attached as **Exhibit C**; Brewer Deposition Testimony page 18, lines 5-21 attached as **Exhibit B;**

4. At the time Mr. Brewer was hired, he was 57 years old. Supporting Evidence, Brewer Form I-9 attached as **Exhibit C;**

5. Mr. Brewer worked at the Mountain View store until December 2010 when he transferred to another GNC store which was located in Palo Alto, California; Supporting Evidence Brewer Deposition Testimony page 25, line 12 – page 26, line 10, attached as **Exhibit D;**

6. At the Palo Alto store Mr. Brewer was supervised by manager Brian Lebreton; Supporting Evidence Brewer Deposition Testimony page 25, line 12 – page 26, line 10, attached as **Exhibit D;**

7. Brian Lebreton was born in November of 1979, making him 31 years old in December of 2010; Supporting Evidence, Lebreton Form I-9 attached as **Exhibit E**;

8. On May 1, 2011, Mr. Brewer was promoted to the roll of full time assistant manager and both Mr. Brewer and Mr. Lebreton were transferred to a GNC store located at the Hillsdale Mall; Supporting Evidence Brewer Deposition Testimony page 25, line 12 – page 26, line 10, attached as **Exhibit D;**

9. On May 11, 2011, Crystal Fenech contacted GNC's loss prevention investigator

Shannen Stennerson ("Ms. Stennerson") and advised Ms. Stennerson that two of Ms. Fenech's former employees (now working for Mr. Lebreton / Mr. Brewer) had made claims about both Mr. Lebreton and Mr. Brewer; Supporting Evidence – Loss Prevention Report attached as **Exhibit F;**

9. On May 12, 2011, Ms. Stennerson spoke with Mr. Lebreton; Supporting Evidence - Loss Prevention Report attached as **Exhibit F;**

10. On May 12, 2011, Mr. Lebreton was put on suspension pending investigation; Supporting Evidence - Loss Prevention Report attached as **Exhibit F;**

11. Mr. Lebreton was later terminated; Supporting Evidence – Declaration of Shannen Stennerson, ¶ 9 attached as **Exhibit G;**

12. On May 13, 2011, Ms. Stennerson spoke with Mr. Brewer (in the presence of a senior store manager Elizabeth Naranjo)**;** Supporting Evidence - Loss Prevention Report attached as **Exhibit F**; Brewer Deposition Testimony page 34, line 1-19 attached as **Exhibit H**;

13. Mr**.** Brewer wrote a statement summarizing the information he provided during the interview with Ms. Stennerson; Supporting Evidence - Loss Prevention Report attached as **Exhibit F;** Brewer Deposition Testimony page 34, line 1-19; Brewer Deposition Exhibit 9 attached as **Exhibit I**;

14. Ms. Naranjo prepared a statement summarizing the interview between Brewer and Stennerson; Supporting Evidence - Loss Prevention Report attached as **Exhibit F;**

15. Mr. Brewer was put on suspension pending the outcome of the investigation. Supporting Evidence - Loss Prevention Report attached as **Exhibit F;**

16. Mr. Brewer was terminated on May 19, 2011 for violation of company policy; Supporting Evidence - Employee Separation Report attached as **Exhibit J;**

17. The decision to terminate Mr. Brewer was communicated to him by Regional Sales Director Michelle Murray**;** Supporting Evidence - Brewer Deposition Testimony page 39, lines 7-11 attached as **Exhibit K**;

18. On July 21, 2011, Mr. Brewer filed a putative class action against Defendant GNC in the Northern District of California entitled *Charles Brewer v. General Nutrition Corporation*, 11-CV-03587 YGR ("Brewer Wage & Hour Case"), for alleged violations of California's wage and

hour laws.

19. On January 7, 2013, the Northern District Court granted in part a motion to conditionally certify a Fair Labor Standards Act opt-in class in the Brewer Wage & Hour Case.

20. Charles Brewer, Wayne Neal and Jessica Bruns are all plaintiffs in the Brewer Wage & Hour Case.

21. Before being terminated, Mr. Brewer had no previous employment disciplinary actions taken against him. Supporting Evidence – Brewer Declaration ¶ 4 attached as **Exhibit L.**

22. GNC requires employees to deposit monies collected during business hours at an off-site third-party bank on a nightly basis. Supporting Evidence – GNC's Opening and Closing Procedures Check List attached as **Exhibit M**;

23. GNC's Director of Compensation distributed a memorandum to California management employees stating that "[a]ll GNC employees who are asked to drive their own car for business purposes will be eligible for [] reimbursement." Supporting Evidence – Reimbursement Memorandum attached as **Exhibit N**;

24. Defendant's policy states that employees are required to adjust clockings to show all hours worked and that employees are permitted to adjust clockings to reflect the time they worked. Supporting Evidence – GNC's Time Clocking Sequence Policy attached as **Exhibit O**;

25. Crystal Fenech made manager corrections to clocking times, including corrections for breaks, clock in times and clock out times, as evidenced by the asterisks on her final payroll report. Supporting Evidence - Crystal Fenech's Final Payroll Report attached as **Exhibit P**;

26. Defendant's accuses Mr. Brewer of changing his time on May 1, 2011, from 1:30 to 11:30 a.m. Supporting Evidence - Loss Prevention Report attached as **Exhibit F**.

27. Stenerson's report states that Mr. Brewer was "specifically" questioned about his time sheet clocking for that day for May 1, 2011. Supporting Evidence - Loss Prevention Report attached as **Exhibit F**.

28. Charles Brewer's May 1, 2011 adjustment was made by someone other than Mr. Brewer. Supporting Evidence - Charles Brewer's Off The Recorded "Change" Data For The Relevant Time Period attached as **Exhibit Q.**

Dated: February 25, 2014　　　　　　　　MCGUIREWOODS LLP

By: /s/　Susan L. Germaise
Attorneys for Defendant
GENERAL NUTRITION CORPORATION

Dated: February 25, 2014　　　　　　　　HOFFMAN EMPLOYMENT LAWYERS, LLP

By: /s/　Michael R. Hoffman
Attorneys for Plaintiff
CHARLES BREWER

54618016.1

5

Joint Statement of Undisputed Facts

## CERTIFICATE OF SERVICE

I, Susan L. Germaise, certify that on February 25, 2014, the foregoing document described as **Joint Statement of Undisputed Facts** was filed electronically in the Court's Electronic Filing System ("ECF"); thereby upon completion, the ECF system automatically generated a Notice of Electronic Filing ["NEF"] as service through CM/ECF to registered email addresses to parties of record in the case, in particular on the following:

*Attorneys for Plaintiff Charles Brewer:*

    Leonard Thomas Emma
        Email: lemma@sfemployment-lawyers.com
    Michael Hoffman
        Email: mhoffman@employment-lawyers.com

                                    /s/ Susan L. Germaise
                                    Susan L. Germaise